# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Charles Williams

                        Plaintiff,

v.                                               Case No.: 1:17−cv−06603
                                                   Honorable Matthew F. Kennelly

Foodstuffs, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 25, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: Rule 16(b) status hearing held on 10/25/2018 with attorneys for both sides. Pursuant to settlement, the case is dismissed without prejudice. This will convert to a dismissal with prejudice on 1/15/2019 without the need for a further order by the Court, unless a motion to reinstate is filed before that date. Civil case terminated. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.